Same case below, 415 Fed. Appx. 57.

**No. 10-1482. Owner-Operator Independent Drivers Association, Inc., et al., Petitioners v. Swift Transportation Co., Inc., et al.**

565 U.S. 824, 132 S. Ct. 112, 181 L. Ed. 2d 38, 2011 U.S. LEXIS 5236.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 632 F.3d 1111.

**No. 10-1483. Petroleo Brasileiro S.A.-Petrobras, Petitioner v. Transcor Astra Group, S.A.**

565 U.S. 824, 132 S. Ct. 113, 181 L. Ed. 2d 38, 2011 U.S. LEXIS 5374.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 409 Fed. Appx. 787.

**No. 10-1484. Milton Scott Pruitt, Petitioner v. United States.**

565 U.S. 824, 132 S. Ct. 113, 181 L. Ed. 2d 38, 2011 U.S. LEXIS 5468.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 638 F.3d 763.

**No. 10-1485. Kenneth L. Smith, Petitioner v. Christine M. Arguello, et al.**

565 U.S. 824, 132 S. Ct. 113, 181 L. Ed. 2d 38, 2011 U.S. LEXIS 5287.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

**No. 10-1486. Jack J. Issa, Petitioner v. Commissioner of Internal Revenue.**

565 U.S. 824, 132 S. Ct. 113, 181 L. Ed. 2d 38, 2011 U.S. LEXIS 5377.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 392 Fed. Appx. 500.

**No. 10-1487. Floyd P. Donley, Sr., Petitioner v. Charles M. Reid.**

565 U.S. 824, 132 S. Ct. 113, 181 L. Ed. 2d 38, 2011 U.S. LEXIS 5538.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of Louisiana, First Circuit, denied.

**No. 10-1490. Diane L. Holbrook, Petitioner v. Castle Key Insurance Company, fka AllState Floridian Insurance Company, et al.**

565 U.S. 824, 132 S. Ct. 113, 181 L. Ed. 2d 38, 2011 U.S. LEXIS 5603,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 405 Fed. Appx. 459.